#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### ALBANY DIVISION

| | | |
|---|---|---|
| INTERNATIONAL PAPER COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:22-CV-213 (LAG) |
| | : | |
| TWIN RIVERS LAND & TIMBER, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

Before the Court is the Parties' Joint Motion for Modifications to Briefing Schedule. (Doc. 71). Therein, the Parties seek to amend the briefing schedule deadlines related to Defendants' expert disclosure. (*Id.* at 1). The Parties represent that Counsel for Defendants is attending a "Leadership Georgia program in Augusta" from March 19 to March 21, 2025. (*Id.* at 2). At the March 12, 2025, status conference, the Court instructed the Parties to brief the issue related to Defendants' expert disclosure, with the following deadlines: Defendants' brief would be due Friday, March 21, 2025, and Plaintiff's response brief would be due Friday, April 4, 2025. (*Id.* at 1; Doc. 70). The Parties jointly request that Defendants' deadline to file their brief be extended to Wednesday, March 26, 2025, and that Plaintiff's deadline to file its response brief be extended to Wednesday, April 9, 2025. (*Id.* at 2). Upon review and consideration, the Parties' Motion (Doc. 71) is **GRANTED**. Defendants' brief shall be due on or before **Wednesday, March 26, 2025**. Plaintiff's reply brief shall be due on or before **Wednesday, April 9, 2025**.

**SO ORDERED**, this 19th day of March, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**

2

**UNITED STATES DISTRICT COURT**